

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,657

**EX PARTE ANDRE LEROY GARRETT, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W97-50389-Q IN THE 204TH JUDICIAL DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to thirty-five years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Garrett v. State*, No. 06-98-00156-CR (Tex. App. – Texarkana, July 16, 1999).

Applicant contends, *inter alia*, that he was improperly denied his right to have this Court consider the merits of his *pro se* petition for discretionary review. This Court refused his petition as untimely filed on September 9, 1999, and denied his subsequent motions for rehearing or

reconsideration.

Based on this Court's recent holding in *Campbell v. State*, 320 S.W.3d 338 (Tex. Crim. App. 2010), the trial court has entered findings of fact and conclusions of law finding that Applicant's *pro se* petition was in fact timely filed by delivery to the prison authorities. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Sixth Court of Appeals in Cause No. 06-98-00156-CR that affirmed his conviction in Case No. F97-50389 from the 204th Judicial District Court of Dallas County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues. Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: October 5, 2011
Do not publish